# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PAMELA J. NEWSON**                                                **PLAINTIFF**

**vs.**                                        **NO. 3:04CV00124 GTE**

**SBC COMMUNICATIONS, INC., ET AL**                          **DEFENDANTS**

### ORDER OF DISMISSAL

The parties have advised the Court that this case has been compromised and settled and should be dismissed.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 12th day of July, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE